IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY SMITH,

    Plaintiff,

    v.

WARDEN THOMAS, *et al.*,

    Defendants.

3:13-CV-02710

(Judge Mariani)

## ORDER

**AND NOW**, to wit, this 23rd day of January, 2014, in accordance with the foregoing memorandum, it is hereby **ORDERED** that:

1. Plaintiff's motion to appoint counsel (Doc. 10) is **DENIED WITHOUT PREJUDICE.**

Robert D. Mariani
United States District Judge