IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY SMITH,

    Plaintiff,

v.

WARDEN THOMAS, *et al.*,

    Defendants.

3:13-CV-02710

(Judge Mariani)

## ORDER

**AND NOW TO WIT, THIS** 10th **DAY OF MARCH 2014,** in accordance with our Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration (Doc. 14) is **DENIED.**

                                                                  Robert D. Mariani
                                                                  United States District Judge