## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY SMITH,<br>    Plaintiff, | : | 3:13-cv-2710 |
| v. | : | (Judge Mariani) |
| WARDEN THOMAS, *et al.*,<br>    Defendants. | : | |

### ORDER

**AND NOW**, this 5th day of June, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel (Doc. 21) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge